IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ARTHUR JAMES GRIFFIN JR., | 8:20CV388 |
| Plaintiff, | |
| vs. | **MEMORANDUM AND ORDER** |
| COUNTY PROSECUTOR, | |
| Defendant. | |

      On September 29, 2020, after determining that Plaintiff is subject to the "three strikes" provision of the Prison Litigation Reform Act, the court gave Plaintiff 30 days to show cause why he is entitled to proceed in forma pauperis under 28 U.S.C. §1915(g), or, in the alternative, to pay the $400.00 filing and administrative fees. This was followed by a Memorandum and Order on October 16, 2020, in which the court ruled Plaintiff's response (Filing 11) was not a sufficient good cause showing, and advised Plaintiff that the October 29, 2020, deadline remained in effect.

      To date, Plaintiff has not made the required good cause showing or tendered payment. Since the court's previous Memorandum and Order, Plaintiff has merely filed an amended complaint (Filing 14), another incomplete IFP application (Filing 15), and a page ripped from a Robert Ludlum novel (Filing 13). Accordingly,

      IT IS ORDERED:

      1.     This case is dismissed without prejudice for failure to comply with the court's orders and failure to pay the court's filing and administrative fees or to show cause why Plaintiff is entitled to proceed in forma pauperis.

      2.     Judgment shall be entered by separate document.

      Dated this 6th day of November, 2020.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge