IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ARTHUR JAMES GRIFFIN JR., | **8:20CV388** |
| Plaintiff, | |
| vs. | **MEMORANDUM AND ORDER** |
| COUNTY PROSECUTOR, | |
| Defendant. | |

The court is in receipt of a collection of documents from Plaintiff, which has been docketed as a motion (Filing 18). Plaintiff's motion will be denied because this case was dismissed on November 6, 2020, and Plaintiff does not request any relief that can be granted by this court.

IT IS THEREFORE ORDERED that Plaintiff's post-judgment motion (Filing 18) is denied.

Dated this 13th day of January, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge